29 So.3d 397 (2010)
BISCAYNE PLAZA DOLLAR STORE, INC., et al., Appellants,
v.
GREEN EAST #2, LTD., Appellee.
No. 3D09-1251.
District Court of Appeal of Florida, Third District.
March 3, 2010.
*398 Kevin Coyle Colbert, Miami, for appellants.
Wadsworth Huott; Christopher W. Wadsworth and Guy F. Giberson, Miami, for appellee.
Before GERSTEN, SHEPHERD, and SUAREZ, JJ.
PER CURIAM.
Affirmed. See Bradley v. Sanchez, 943 So.2d 218, 221-22 (Fla. 3d DCA 2006).